Dismissed and Memorandum Opinion filed January 28, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00790-CV

____________

 

IMELDA GUEVARA, Appellant

 

V.

 

JOEL GUEVARA, MARIA GUEVARA and RAYMOND GUEVARA,
Appellees

 

 



 

On Appeal from the
310th District Court

Harris County,
Texas

Trial Court Cause
No. 2009-19740

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed July 7, 2009. On January 19, 2010, appellant
filed a motion to dismiss the appeal. See Tex. R. App. P. 42.1. The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Chief Justice Hedges and Justices
Anderson and Christopher.